UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  GARY BROWN                                       Case No.: 17-12752(CMG)

                                                         Chapter:  7

                                                         Judge:   Christine M. Gravelle

## NOTICE OF PROPOSED ABANDONMENT

Catherin E. Youngman, Chapter 7 Trustee in this case proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on May 30, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3.   If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property
> Value:  $ 97,000.00
>
> Primary Residence
> 321 Brown Street
> Burlington, NJ  08016-1304

> Liens on property:
>
> Mortgage:  $  99,523.00

> Amount of equity claimed as exempt:
>
>             $ 0

Objections must be served on, and requests for additional information directed to:
Name:           Catherine E. Youngman, Esq, Fox Rothschild, LLP
Address:        49 Market Street, Morristown, NJ  07960
Telephone No.: 201-992-4800

45607151.v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12752-CMG
Gary Brown                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: May 02, 2017
                               Form ID: pdf905          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db              Gary Brown,    321 Brown St,    Burlington, NJ  08016-1304
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516643127       Chase,    Card Services,    PO Box 6282,    Sioux Falls, SD  57117-6282
516643130       PSE&G,    PO Box 14444,    New Brunswick, NJ  08906-4444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 02 2017 22:30:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2017 22:30:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516643128      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 02 2017 22:31:02     Comcast,
                 Comcast Center,    1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
516643129       E-mail/Text: bankruptcy.bnc@ditech.com May 02 2017 22:30:16     Ditech,    PO Box 6172,
                 Rapid City, SD  57709-6172
516682850      +E-mail/PDF: gecsedi@recoverycorp.com May 02 2017 22:23:21     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Travis J. Richards    on behalf of Debtor Gary  Brown richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6