UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: __17-12752__

Gary Brown  : Chapter: __7__

 : Judge: __Gravelle__

Debtor(s)  :

### CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Primary Residence 321 Brown Street, Burlington, NJ 08016-1304.

JEANNE A. NAUGHTON, Clerk

Date: 5/24/2017    By: Gary A. Nau

*rev.2/10/17*